# Fourth Court of Appeals
## San Antonio, Texas


November 5, 2021

No. 04-21-00207-CV

Eduardo **AQUINO**,
Appellant

v.

Piedad **AQUINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19584
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellee's brief was due October 1, 2021, but the court granted an extension of time to November 1, 2021 to file the brief. The parties have filed an agreed motion to abate the appeal for 60 days because they are currently engaged in settlement discussions to resolve their dispute. Appellee has also filed a motion for an extension of time to December 1, 2021 to file her brief.

We **deny** the motion to abate the appeal, and we **grant** an extension of time to file appellee's brief. We **order** appellee to file her brief by **December 1, 2021**. The parties are advised that if they reach a settlement agreement prior to December 1, 2021, they shall "promptly file with this Court an agreed motion to dismiss" in compliance with Rule 42.1(a)(2). See TEX. R. APP. P. 42.1(a)(2).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.



Michael A. Cruz,
Clerk of Court